# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Derrick Lamont Smith,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    3:08cv401

Officer Wetzel,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/2009 Order.

Signed: May 12, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court